**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANGEL MUNIZ, | |
| Plaintiff, | CIVIL ACTION NO. 3:CV-10-2635 |
| v. | (JUDGE CAPUTO) |
| C.O. SULLIVAN, et al., | (MAGISTRATE JUDGE CARLSON) |
| Defendants. | |

## ORDER

**NOW**, this 13th day of September, 2012, **IT IS HEREBY ORDERED** that:

(1) Upon review of Magistrate Judge Carlson's Report and Recommendation (Doc. 77) for plain error or manifest injustice, the Report and Recommendation (Doc. 77) is **ADOPTED**. The case is placed on the **January 2013** trial list. A pretrial scheduling order will follow.

(2) Plaintiff's Motion to Appoint Counsel (Doc. 76) is **conditionally granted**.

   (A) The Clerk of Court is directed to forward a copy of this Order to the Chair of the Federal Bar Association's Pro Bono Committee, Stephen M. Greecher, Jr., Esquire, Tucker, Arensberg & Swartz, 111 North Front Street, P.O. Box 889, Harrisburg, Pennsylvania, 17108–0889, who shall select, or affect the selection of a member of the Bar Association to represent Plaintiff, Angel Muniz, in this matter.

   (B) Appointed counsel for Plaintiff is directed to file an entry of appearance with the Court no later than thirty (30) days from the date of this Order.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge